BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000



FILED
SEP 18 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SERGIO CONDE ESPINOZA, a.k.a. "EL TACOS" | Misc. No.<br><br>ORDER<br><br>1:12 MC - 00040  BAM |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Elana S. Landau, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that SERGIO CONDE ESPINOZA, a.k.a. EL TACOS, should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of SERGIO CONDE ESPINOZA, a.k.a. EL TACOS, be issued.

DATED: 9/18/12

HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

1