1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000



FILED

SEP 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF
THE EXTRADITION OF
SERGIO CONDE ESPINOZA,
a.k.a. "EL TACOS"

)  Misc. No.
)
)
)  ORDER
)
)  1:12 MC - 0 0 0 4 0   BAM
)

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Elana S. Landau, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that SERGIO CONDE ESPINOZA, a.k.a. EL TACOS, should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of SERGIO CONDE ESPINOZA, a.k.a. EL TACOS, be issued.

DATED: 9/18/12

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

1