# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                                       v. )    CR NO: 1:12-MC-40 BAM
                                              )
IN THE MATTER OF THE EXTRADITION OF
SERGIO CONDE ESPINOZA

**FILED FEB 27 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee:   **SERGIO CONDE ESPINOZA**

Detained at (custodian):   **Corcoran State Prison**

Detainee is:   a.)   ☐ charged in this district by:
                            ☐ Indictment     ☐ Information     ☒ Complaint
                            Charging Detainee With:   **18 USC 3184 and the Tradition Treaty between the United States and Mexico**

    or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
    or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary March 1, 2013 at 1:00p.m. in the Eastern District of California.*

Signature: _(signed)_
Printed Name & Phone No: **Elana S. Landau (559) 497-4083**
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *March 1, 2013 at 1:30p.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 2/27/13                        _(signed) McAuliffe_
                                                        United States District/Magistrate Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | Sergio Conde | Male ☒ | Female ☐ |
| Booking or CDC #: | AF9171 | DOB: | 6/15/1964 |
| Facility Address: | 4001 Kings Avenue | Race: | Hispanic |
| | Corcoran, CA 93212 | FBI #: | |
| Facility Phone: | (559) 992-8800 | | |
| Currently Incarcerated For: | California Penal Code 288 | | |

---
**RETURN OF SERVICE**

Executed on _____ by _____                  _____
                                                                                      (Signature)