1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000



FILED
JUN 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SERGIO CONDE ESPINOZA, a.k.a. "EL TACOS" | MISC. NO. 1:12-MC-40 BAM |

<u>CERTIFICATION OF EXTRADITABILITY</u>
AND
<u>ORDER OF COMMITMENT</u>

  The Court has received the Complaint filed on September 18, 2012, by Elana S. Landau, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to that Government's request for the provisional arrest and subsequent extradition of SERGIO CONDE ESPINOZA.  The Court has also received an affidavit executed by SERGIO CONDE ESPINOZA and witnessed by his attorney, Jerome Price.

  On June 20, 2013 [date], SERGIO CONDE ESPINOZA appeared before the Court in open session, accompanied by his attorney, and in the

1   presence of the aforementioned Assistant United States Attorney.  The
2   Court, having been advised that SERGIO CONDE ESPINOZA is currently
3   incarcerated in Corcoran State Prison as a result of his conviction
4   and sentencing on state charges, addressed SERGIO CONDE ESPINOZA and
5   is satisfied that he is aware of his rights as set forth in the
6   affidavit of consent to extradition and that the affidavit was
7   executed knowingly and voluntarily.

8       Inasmuch as SERGIO CONDE ESPINOZA has conceded that he is
9   extraditable on the charges for which extradition was requested, and
10  has consented to a certification by this Court to that effect, and
11  has further consented to his surrender to Mexico at such time as his
12  surrender is called for by the provisions of Article 15 of te
13  Extradition Treaty, as amended by the 1997 Protocol; the Court finds
14  on the basis of the record herein and the representations of SERGIO
15  CONDE ESPINOZA and counsel that:

16      1.  the undersigned judicial officer is authorized under Title
17  18, United States Code, Section 3184, to conduct an extradition
18  hearing;

19      2.  the Court has personal jurisdiction over SERGIO CONDE
20  ESPINOZA and subject matter jurisdiction over the case;

21      3.  there is currently in force an extradition treaty between
22  the Government of the United States and the Government of Mexico, 31
23  U.S.T. 5059; TIAS 9656;

24      4.  SERGIO CONDE ESPINOZA has been charged in Mexico with
25  aggravated homicide and attempted aggravated homicide;

26      5.  these charges constitute extraditable offenses within the
27  meaning of Article 2 of the Treaty;

28      6.  the requesting state seeks the extradition of SERGIO CONDE

1 | ESPINOZA for trial on those offenses; and

2 |     7..   SERGIO CONDE ESPINOZA has stipulated that there is probable
3 | cause to believe that he committed the offenses for which extradition
4 | is sought.

5 |     Based on the foregoing findings, the Court concludes that SERGIO
6 | CONDE ESPINOZA is extraditable for each offense for which extradition
7 | was requested, and certifies this finding to the Secretary of State
8 | as required under Title 18, United States Code, Section 3184.

9 |     IT IS THEREFORE ORDERED that the Clerk of the Court deliver to
10 | the Assistant United States Attorney a certified copy of this
11 | Certification of Extraditability and the executed Affidavit of
12 | Consent to Extradition and, further, that the Clerk forward certified
13 | copies of the same to the Secretary of State (to the attention of the
14 | Legal Adviser) and the Director, Office of International Affairs,
15 | Criminal Division, U.S. Department of Justice, in Washington, D.C.,
16 | for the appropriate disposition.

17 |     IT IS FURTHER ORDERED that SERGIO CONDE ESPINOZA be committed to
18 | the custody of the United States Marshal for the Eastern District of
19 | California pending final disposition of this matter by the Secretary
20 | of State and, if extradition is granted, pending subsequent transfer
21 | to the custody of the agents of the requesting state to be
22 | transported to Mexico to be held for prosecution or other
23 | disposition; PROVIDED THAT commitment to the custody of the United
24 | States Marshal for purposes of transfer to the agents of Mexico under
25 | this Order shall occur at such time as the fugitive's surrender to
26 | the Government of Mexico is called for by the provisions of Article
27 | 15 of the Extradition Treaty, as amended by the 1997 protocol.
28

1     IT IS FURTHER ORDERED that, when called for by the provisions of Article 15 of the Extradition Treaty, as amended by the 1997 protocol, the transfer of physical custody of SERGIO CONDE ESPINOZA shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Mexico.

    SO ORDERED.

    Dated this 20th day of June, 2013.

_____
Honorable Sheila K. Oberto
United States Magistrate Judge
Eastern District of California