1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000



FILED
JUN 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SERGIO CONDE ESPINOZA, a.k.a. "EL TACOS" | MISC. NO. 1:12-MC-40 BAM |

CERTIFICATION OF EXTRADITABILITY
AND
ORDER OF COMMITMENT

   The Court has received the Complaint filed on September 18, 2012, by Elana S. Landau, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to that Government's request for the provisional arrest and subsequent extradition of SERGIO CONDE ESPINOZA.  The Court has also received an affidavit executed by SERGIO CONDE ESPINOZA and witnessed by his attorney, Jerome Price.

   On June 20, 2013 [date], SERGIO CONDE ESPINOZA appeared before the Court in open session, accompanied by his attorney, and in the

1 | presence of the aforementioned Assistant United States Attorney.  The
2 | Court, having been advised that SERGIO CONDE ESPINOZA is currently
3 | incarcerated in Corcoran State Prison as a result of his conviction
4 | and sentencing on state charges, addressed SERGIO CONDE ESPINOZA and
5 | is satisfied that he is aware of his rights as set forth in the
6 | affidavit of consent to extradition and that the affidavit was
7 | executed knowingly and voluntarily.

Inasmuch as SERGIO CONDE ESPINOZA has conceded that he is extraditable on the charges for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to his surrender to Mexico at such time as his surrender is called for by the provisions of Article 15 of te Extradition Treaty, as amended by the 1997 Protocol; the Court finds on the basis of the record herein and the representations of SERGIO CONDE ESPINOZA and counsel that:

1. the undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing;

2. the Court has personal jurisdiction over SERGIO CONDE ESPINOZA and subject matter jurisdiction over the case;

3. there is currently in force an extradition treaty between the Government of the United States and the Government of Mexico, 31 U.S.T. 5059; TIAS 9656;

4. SERGIO CONDE ESPINOZA has been charged in Mexico with aggravated homicide and attempted aggravated homicide;

5. these charges constitute extraditable offenses within the meaning of Article 2 of the Treaty;

6. the requesting state seeks the extradition of SERGIO CONDE

ESPINOZA for trial on those offenses; and

7.. SERGIO CONDE ESPINOZA has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing findings, the Court concludes that SERGIO CONDE ESPINOZA is extraditable for each offense for which extradition was requested, and certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that SERGIO CONDE ESPINOZA be committed to the custody of the United States Marshal for the Eastern District of California pending final disposition of this matter by the Secretary of State and, if extradition is granted, pending subsequent transfer to the custody of the agents of the requesting state to be transported to Mexico to be held for prosecution or other disposition; PROVIDED THAT commitment to the custody of the United States Marshal for purposes of transfer to the agents of Mexico under this Order shall occur at such time as the fugitive's surrender to the Government of Mexico is called for by the provisions of Article 15 of the Extradition Treaty, as amended by the 1997 protocol.

IT IS FURTHER ORDERED that, when called for by the provisions of Article 15 of the Extradition Treaty, as amended by the 1997 protocol, the transfer of physical custody of SERGIO CONDE ESPINOZA shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Mexico.

SO ORDERED.

Dated this 20th day of June, 2013.

/s/ Sheila K. Oberto
Honorable Sheila K. Oberto
United States Magistrate Judge
Eastern District of California